# EXHIBIT B



| HOME | OUR COMPANY | LIGO BRAND | LIBERTY GOLD BRAND | CONTACT US | E-GOLD SERVICES |

- CANNED PINEAPPLE
- PINEAPPLE JUICE
- CANNED FRUITS
- GLASS JAR PACKED FRUITS
- 4 oz. TRAVELIN' FRUIT CUPS
- GEL SNACKS
- 8 oz. FRUIT CUPS
- FRUIT SQUEEZIES™
- CANNED MUSHROOMS
- CANNED & SMOKED OYSTERS
- CANNED WATER CHESTNUTS
- FOODSERVICE & INDUSTRIAL
- PRIVATE LABEL

Liberty Gold Brand
**FRUIT SQUEEZIES™**
2-Pack — Sour Grape Flavor
SKU: 72810 66821
Unit Weight: 2 — 3.5 oz.
Pack Size: 12 / 2-Packs



**Nutrition Facts**

Serving Size: 1 Pouch     99g
Servings Per Container: 1

**Amount Per Serving**

| | | |
|---|---|---|
| Calories 70 | Calories from Fat | 0 |
| | | % Daily Value* |
| Total Fat 0g | | 0% |
| Saturated Fat 0g | | 0% |
| Trans Fat 0g | | |
| Cholesterol 0mg | | 0% |
| Sodium 5mg | | 0% |
| Potassium 0mg | | 0% |
| Total Carbohydrate 19g | | 6% |
| Dietary Fiber 2g | | 8% |
| Sugars 15g | | |
| Protein 0g | | |
| Vitamin A 0% | • | Vitamin C 6% |
| Calcium 0% | • | Iron 0% |

*Percent Daily Values are based on a 2,000 calorie diet. Your Daily Values may be higher or lower depending on your calorie needs.

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat. Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

**SHIPPING SPECIFICATIONS:**
Case Weight: 8 pounds
Case Cube: .32 cubic foot
Case Dimensions: 17.75 x 5.0 x 6.25 inches
Cases per Pallet: 160
Pallet Pattern: 20 per layer / 8 layers high

Liberty Gold Fruit Co., Inc. • So. San Francisco, CA 94080 • phone: 650-583-4700 • facsimile: 650-583-4770 • email to Liberty Gold

© 2010 Liberty Gold Fruit Co., Inc. All Rights Reserved



# Fruit Squeezies™

Click on product below for full specifications

| LIBERTY GOLD BRAND | SIZE | SKU |
|---|---|---|
| 4-Pouch Box — Sour Grape Flavor | 4 – 3.5 oz. pouches | 66811 |
| 4-Pouch Box — Cotton Candy Flavor | 4 – 3.5 oz. pouches | 66812 |
| 4-Pouch Box — Strawberry Flavor | 4 – 3.5 oz. pouches | 66813 |
| 4-Pouch Box — Pink Lemonade Flavor | 4 – 3.5 oz. pouches | 66814 |
| 4-Pouch Box — Fuji Apple Flavor | 4 – 3.5 oz. pouches | 66815 |
| 2-Pouch Box — Sour Grape Flavor | 2 – 3.5 oz. pouches | 66821 |
| 2-Pouch Box — Cotton Candy Flavor | 2 – 3.5 oz. pouches | 66822 |
| 2-Pouch Box — Strawberry Flavor | 2 – 3.5 oz. pouches | 66823 |
| 2-Pouch Box — Pink Lemonade Flavor | 2 – 3.5 oz. pouches | 66824 |

**Sidebar navigation:** CANNED PINEAPPLE · PINEAPPLE JUICE · CANNED FRUITS · GLASS JAR PACKED FRUITS · 4 oz. TRAVELIN' FRUIT CUPS · GEL SNACKS · 8 oz. FRUIT CUPS · FRUIT SQUEEZIES™ · CANNED MUSHROOMS · CANNED & SMOKED OYSTERS · CANNED WATER CHESTNUTS · FOODSERVICE & INDUSTRIAL · PRIVATE LABEL

**Top navigation:** HOME · OUR COMPANY · LIGO BRAND · LIBERTY GOLD BRAND · CONTACT US · E-GOLD SERVICES

Liberty Gold Fruit Co., Inc. • So. San Francisco, CA 94080 • phone: 650-583-4700 • facsimile: 650-583-4770 • email to Liberty Gold
© 2010 Liberty Gold Fruit Co., Inc. All Rights Reserved